IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00034-WDM-BNB

SANDRA BAUM,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

_____

**ORDER**
_____

This matter is before me on the defendant's **Motion By Defendant for an Extension of Time to Designate Any Nonparties at Fault** [Doc. # 12, filed 3/7/2007] (the "Motion"). The plaintiff does not oppose the Motion.

IT IS ORDERED that the Motion is GRANTED, and the defendant may have to and including **April 20, 2007**, within which to file a designation of non-parties at fault.

Dated March 13, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge