IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00034-WDM-BNB

SANDRA BAUM,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the defendant's **Motion to Transfer** [Doc. # 19, filed 3/16/2007] is DENIED WITHOUT PREJUDICE in view of the settlement of the case reached this afternoon.

DATED:  April 11, 2007